S

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| | : | SEALED |
| UNITED STATES OF AMERICA, | : | |
| | : | CRIMINAL NO. 3:20-CR-39 (CAR) |
| v. | : | |
| | : | VIOLATION(S): |
| RODERICK DAVENPORT, aka | : | |
| "TAY", | : | 21 U.S.C. § 846 i/c/w |
| | : | 21 U.S.C. § 841(a)(1) |
| Defendant | : | 21 U.S.C. § 841(b)(1)(A)(iii) |
| | : | 21 U.S.C. § 841(b)(1)(B)(i) |
| | : | 21 U.S.C. § 841(b)(1)(B)(viii) |
| | : | 18 U.S.C. § 922(a)(6) |
| | : | 18 U.S.C. § 924(a)(1)(A) |
| | : | 18 U.S.C. § 924(a)(2) |
| | : | 21 U.S.C. § 853 |
| | : | 18 U.S.C. § 924(d)(1) |
| | : | 28 U.S.C. § 2461(c) |

THE GRAND JURY CHARGES:

COUNT ONE
(CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE, HEROIN AND CRACK COCAINE)

From on or about March 1, 2018, and continuing to on or about January 15, 2020, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

RODERICK DAVENPORT, aka "TAY",

defendant herein, knowingly and intentionally conspired with Rickshun Willingham, not indicted herein and with other persons, known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute a Schedule II controlled

substance, to-wit: a mixture containing a detectable amount of cocaine base, also known as crack cocaine, in an amount over two hundred and eighty (280) grams; a Schedule I controlled substance, to-wit: heroin, in an amount over one hundred (100) grams; and a Schedule II controlled substance, to-wit: methamphetamine, in an amount over fifty (50) grams; all in violation of Title 21, United States Code, Section 846, in connection with Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(iii), (b)(1)(B)(i), and (b)(1)(B)(viii).

**COUNT TWO**
**(FALSE STATEMENT DURING ACQUISITION OF A FIREARM)**

That on or about December 18, 2019, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**RODERICK DAVENPORT, aka "TAY",**

defendant herein, in connection with the acquisition of a firearm, that is, one (1) Taurus, Model: G2C, 9mm pistol, Serial Number: TLX35618, from Kimberly's Jewelry, Inc., also known as Franklin's, located at 3941 Atlanta Highway, Athens-Clarke County, Georgia, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Kimberly's Jewelry, Inc., also known as Franklin's, which statement was intended and likely to deceive Kimberly's Jewelry, Inc., also known as Franklin's, as to a fact material to the lawfulness of such acquisition of the said firearm to the Defendant under Chapter 44 of Title 18, in that the Defendant falsely represented on an ATF Form 4473 that he was the actual transferee/buyer of the firearm, listed on this form and was not acquiring

the firearm on behalf of another person in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT THREE**
**(FALSE STATEMENT IN REQUIRED INFORMATION KEPT BY A FIREARMS DEALER)**

That on or about December 18, 2019, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**RODERICK DAVENPORT, aka "TAY",**

knowingly made a false statement and representation to Kimberly's Jewelry, Inc., also known as Franklin's, located at 3941 Atlanta Highway, Athens-Clarke County, Georgia, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Kimberly's Jewelry, Inc., also known as Franklin's, in that Defendant did complete and execute on an ATF Form 4473, in connection with the purchase of a firearm, that is, one (1) Taurus, Model: G2C, 9mm pistol, Serial Number: TLX35618, causing a false statement and representation to be made in the Firearms Transaction Record by answering "yes" to the following question, to wit, "Are you the actual transferee/buyer of the firearm(s) listed on this form? Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you.", knowing at the time that it was false, in violation of Title 18, United States Code, Section 924(a)(1)(A).

**FORFEITURE NOTICE**
**(21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), and**
**28 U.S.C. § 2461(c) - Criminal Forfeiture)**

1. The allegations contained in Counts One through Three of this Indictment are hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeitures to the United States of America, pursuant to the provisions of Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), and/or Title 21, United States Code, Section 853.

2. Upon conviction of the offense(s) in violation of Title 21, United States Code, Section 846, in connection with Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(iii), (b)(1)(B)(i) and (b)(1)(B)(viii) set forth in Count One; Title 18, United States Code, Sections 922(a)(6) and 924(a)(2) set forth in Count Two; and/or Title 18, United States Code, Section 924(a)(1)(A) set forth in Count Three of this Indictment, the defendant,

**RODERICK DAVENPORT,**

shall forfeit to the United States of America pursuant to Title 21, United States Code, Section 853, any property, real or personal, used, or intended to be used in any manner or part to commit, or to facilitate the commission of, the offense(s); and/or any firearms and ammunition involved in the commission of the offense(s) pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c). The foregoing property includes, but is not limited to the following: one (1) Bryco Arms, Model: 38, .380 caliber pistol; Serial Number: 1223116; one (1) Taurus, Model: The Judge, 45/410 caliber revolver, Serial Number: KM163247; two (2) magazines;

three (3) rounds of 410 gauge shells; two (2) rounds of 9mm ammunition (in case not in pistol); one (1) round of .40 caliber ammunition (in case not in pistol); one (1) round of .45 Colt ammunition; one (1) Remington, Model: 870, 20 gauge shotgun, Serial Number: 115395; and three (3) rounds of .380 caliber ammunition.

3. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon exercise of due diligence;

(b) has been transferred, sold to or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 924(d)(1), through Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853.

A TRUE BILL.

*/s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PRESENTED BY:

CHARLES E. PEELER
UNITED STATES ATTORNEY

TAMARA A. JARRETT
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 12 day of August, AD 2020.

Deputy Clerk